C. EARL SNOWDEN, ADMR., v. LULA M. WOOTEN, ADMX., ET AL.

(Filed 19 September, 1951.)

APPEAL by defendants from *Morris, J.,* January Term, 1951, PASQUO-TANK—from CAMDEN.

Civil action to recover damages for the wrongful death of plaintiff's intestate, alleged to have been caused by the successive, joint and concurrent neglect or default of the defendants.

The facts alleged in the instant complaint in respect of the acts of negligence of the defendants are identical with those set out in the companion case of *Barber v. Wooten, Admx.,* concurrently being decided, except here plaintiff's intestate died as a result of his injuries giving rise to the present action for damages under G.S. 28-173.

Separate demurrers were interposed by the defendants for misjoinder of parties and causes.   Demurrers overruled; exceptions.

The defendants appeal, assigning errors.

STATE *v.* JENKINS.

*McMullan & Aydlett for plaintiff, appellee.*
*Frank B. Aycock, Jr., for defendant Wooten, appellant.*
*J. H. LeRoy for defendant Layden, appellant.*
*John H. Hall for defendant Scaff, appellant.*

PER CURIAM. The judgment overruling the demurrer will be upheld on authority of what is said in the companion cases of *Barber v. Wooten, Admx., ante,* 107, and *McHorney, Admr., v. Wooten, Admx., ante,* 110.
Affirmed.

VALENTINE, J., took no part in the consideration or decision of this case.